IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RANDALL RONDOWSKY FELDER, #86588                               PLAINTIFF

VERSUS                          CIVIL ACTION NO.  3:07cv478-TSL-JCS

DESKA VARNADO                                                  DEFENDANT

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for failure to state a claim, pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii), with prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of October, 2007.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE